UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:15-cr-00009-H-11

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v | ) |
| | ) |
| KAVON PHILLIPS | ) |

**ORDER OF FORFEITURE**

WHEREAS, pursuant to the entry of a Memorandum of Plea Agreement entered into by the defendant on December 7, 2015 and the Consent to Forfeiture entered on January 12, 2016, the following property is hereby forfeitable pursuant to 21 U.S.C. § 853, as property which is a proceeds of or facilitated a violation of 21 U.S.C. § 846, to wit: Smith & Wesson, .40 caliber semi-automatic handgun, model M&P serial number: HUY9252.

AND WHEREAS, by virtue of said Memorandum of Plea Agreement and Consent to Forfeiture, the United States is now entitled to possession of said personal property, pursuant to Fed. R. Crim. P. 32.2(b)(3);

It is hereby ORDERED, ADJUDGED and DECREED:

1. That based upon the Memorandum of Plea Agreement and the Consent to Forfeiture as to the defendant, the United States is hereby authorized to seize the above-stated personal property, and it is

1

hereby forfeited to the United States for disposition in accordance with the law, as allowed by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order is now final as to the defendant.

That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B). The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED. This 20th day of January 2016.

MALCOLM J. HOWARD
Senior United States District Judge