ADJ
PS-8
8/88

## UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. KAVON PHILLIPS**  Docket No. 2:15-CR-9-11 H

### Petition for Action on Conditions of Pretrial Release - ADJUDICATED

COMES NOW Bentley H. Massey, Senior U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, KAVON PHILLIPS, who was placed under pretrial release supervision by the Honorable Malcolm J. Howard, Senior U.S. District Judge, sitting in the Court at Greenville, on the 2nd day of September, 2015.

The defendant appeared before Malcolm J. Howard, the Senior U.S. District Judge for arraignment on the 7th day of December, 2015, and supervision was continued under existing conditions.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On May 21, 2016, the defendant was arrested in Gates County, North Carolina, and charged with Driving While Impaired. The charge (16CR50099) is pending in Gates County District Court, Gatesville, North Carolina, with a court date of July 11, 2016. The defendant is scheduled to appear for sentencing before the Honorable Malcolm J. Howard, U.S. District Judge, on June 14, 2016.

### PRAYING THAT THE COURT WILL ORDER That a

Hearing be scheduled to determine if the defendant's pretrial release should be revoked.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Bentley H. Massey
Bentley H. Massey
Senior U.S. Probation Officer
310 New Bern Avenue, Room 610,
Raleigh, NC 27601-1441
Phone: 919-861-8815
Executed On: May 23, 2016

### ORDER OF THE COURT

Considered and ordered the 24th day of May 2016, and ordered filed and made part of the records in the above case.

_____
Malcolm J. Howard
Senior U.S. District Judge