PS-8
8/88

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. KAVON PHILLIPS**            Docket No. 2:15-CR-9-11H

### Order Continuing and Modifying Conditions of Pretrial Release

COMES NOW Bentley H. Massey, Senior U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, KAVON PHILLIPS, who was placed under pretrial release supervision by the Honorable Malcolm J. Howard, Senior U.S. District Judge, sitting in the Court at Greenville, on the 2nd day of September, 2015, has violated his conditions of supervision by:

1- Criminal Conduct (Driving While Impaired)

From the evidence presented, the defendant is found to be in violation of his release conditions.

**IT IS ORDERED that** pretrial release will be continued with the previously imposed conditions and the following additional conditions:

1- Obtain a substance abuse assessment and follow any recommended treatment program.

2- Abstain from the use of alcohol and shall not frequent any establishment whose primary source of business is the service of alcohol.

### ORDER OF THE COURT

Considered and ordered the 16th day of June 2016, and ordered filed and made part of the records in the above case.

Malcolm J. Howard
Senior U.S. District Judge